FILED
08 JAN 28 AM 10:45 **ORIGINAL**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD E. TAYLOR,
           Plaintiff,

vs.

ROBERT L. AYERS JR., et al.,
           Defendant.

CASE NO. CV 08 00647 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RONALD E. TAYLOR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $56.00           Net: $56.00

Employer: SAN QUENTIN STATE PRISON

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or                    Yes ____  No _x_
10        self employment

11   b.   Income from stocks, bonds,                 Yes ____  No _x_
12        or royalties?

13   c.   Rent payments?                             Yes ____  No _x_

14   d.   Pensions, annuities, or                    Yes ____  No _x_
15        life insurance payments?

16   e.   Federal or State welfare payments,         Yes ____  No _x_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.    Are you married?                           Yes _x_  No ____
24  Spouse's Full Name: __CHARLOTTE TAYLOR_____
25  Spouse's Place of Employment: ____N/A_____
26  Spouse's Monthly Salary, Wages or Income:    N/A
27  Gross $_____  Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ ____0____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   ALL OF THIS IS IRRELEVANT, SINCE I WILL BE CHARGED $250.00
6   REGARDLESS, JUST BECAUSE I AM A PRISONER.

7   5.   Do you own or are you buying a home?   Yes ____ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account?   Yes ____ No _X_  (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No _X_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No _X_
20  _____
21  8.   What are your monthly expenses?   N/A
22  Rent: $_____ Utilities: _____
23  Food: $_____ Clothing: _____
24  Charge Accounts:
25  Name of Account       Monthly Payment         Total Owed on This Acct.
26  _____       $_____         $_____
27  _____       $_____         $_____
28  _____       $_____         $_____  9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do **not** include account numbers.)
3  _____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  12/27/07                         *Ronald E. Taylor*
17     DATE                          SIGNATURE OF APPLICANT

1

2                                                          Case Number: _____

3

4

5

6

7

8

9                              **CERTIFICATE OF FUNDS**

10                                          IN

11                                 **PRISONER'S ACCOUNT**

12

13       I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of ___RONALD D. TAYLOR #H14886___ the last six months

15   at

16                                    [prisoner name]

17   ___SAN QUENTIN STATE PRISON___   where (s)he is confined.

18           [name of institution]

19       I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ __$56.00__ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $__71.85__.

22

23   Dated: __1-07-08__                              ___J Roberts___

24                                                 [Authorized officer of the institution]

25

26

27

28

- 5 -

```
REPORT ID: TS3030  .701                                         REPORT DATE: 12/31/07
                                                                  PAGE NO:        1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 31, 2007

ACCOUNT NUMBER  : H14836                       BED/CELL NUMBER: N 2 000000000020L
ACCOUNT NAME    : TAYLOR, RONALD EVANS            ACCOUNT TYPE: I
PRIVILEGE GROUP:  A
                                  TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

10/01/2007      BEGINNING BALANCE                                                      0.00
10/05   D554    INMATE PAYROL   1368SEPT07                    56.00                   56.00
10/15   FC01    DRAW-FAC  1     1496/M2ND                                56.00         0.00
11/06   D554    INMATE PAYROL   1824/OCT07                    21.65                   21.65
11/06   D554    INMATE PAYROL   1824/OCT07                    34.45                   56.10
11/13   FC01    DRAW-FAC  1     1942/M2&3                                56.10         0.00
12/05   D340    EFT DEPOSIT     2203/J-PAY                    20.00                   20.00
12/06   D554    INMATE PAYROL   2245/NOV07                    56.00                   76.00
12/17   FC01    DRAW-FAC  1     2407/M2ND                                76.00         0.00

                                TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL          TOTAL        CURRENT        HOLDS      TRANSACTIONS
     BALANCE        DEPOSITS      WITHDRAWALS    BALANCE       BALANCE     TO BE POSTED

       0.00         188.10          188.10         0.00          0.00          0.00
```

CURRENT
AVAILABLE
BALANCE

0.00

```
REPORT ID: TS3030  .701                                              REPORT DATE: 10/01/07
                                                                     PAGE NO:            1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER  : H14836                    BED/CELL NUMBER: N 2 000000000020L
ACCOUNT NAME    : TAYLOR, RONALD EVANS             ACCOUNT TYPE:   I
PRIVILEGE GROUP: A
                                  TRUST ACCOUNT ACTIVITY
          TRAN
DATE      CODE   DESCRIPTION      COMMENT         CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
          ----   -----------      -------         ---------   --------    -----------    -------

07/01/2007       BEGINNING BALANCE                                                           0.00
07/16    D300   CASH DEPOSIT      0165/J-PAY                    75.00                       75.00
07/16    FC01   DRAW-FAC 1        0194/M2ND                                  75.00           0.00
08/04    D554   INMATE PAYROL     0513JULY07                    56.00                       56.00
08/04    D554   INMATE PAYROL     0517JUNE07                    56.00                      112.00
08/13    FC01   DRAW-FAC 1        0615/2MAIN                                112.00           0.00
09/07    D554   INMATE PAYROL     0909/AUG07                    56.00                       56.00
09/10    W536   COPAY CHARGE      0962/COPAY                                  5.00          51.00
09/17    FC01   DRAW-FAC 1        1096/M2ND                                  51.00           0.00

                                  TRUST ACCOUNT SUMMARY

     BEGINNING         TOTAL          TOTAL         CURRENT         HOLDS       TRANSACTIONS
      BALANCE         DEPOSITS     WITHDRAWALS      BALANCE        BALANCE      TO BE POSTED
     ---------        --------     -----------      -------        -------      ------------
        0.00           243.00         243.00          0.00           0.00           0.00


                                                                              CURRENT
                                                                             AVAILABLE
                                                                              BALANCE
                                                                             ---------
                                                                               0.00
```