RONALD E. TAYLOR #H 14636

2 N 20 L, S.Q.S.P.

SAN QUENTIN, CALIFORNIA

94974

IN PRO PER

FILED

08 MAR 19 AM 10: 10

MICHAEL W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. TAYLOR, / | CASE NO. 08-647 MMC |
| PLAINTIFF, / | |
| VS. / | MOTION FOR LEAVE TO FILE |
| ROBERT L. AYERS JR. et al.,/ | AMENDED COMPLAINT |
| _____DEFENDANTS._____/ | |

PLAINTIFF, RONALD EVANS TAYLOR. PURSUANT TO RULES 15(a) AND
19(a), OF THE FEDERAL RULES OF CIVIL PROCEDURE, REQUESTS LEAVE TO
FILE AN AMENDED COMPLAINT. ADDING ADDITIONAL FACTS AND DEFENDANTS.

THE ATTACHED FIRST AMENDED COMPLAINT IS COMPLETE AND IS
TO REPLACE AND NEGATE THE ORIGINAL COMPLAINT FILED BY PLAINTIFF ON
JANUARY 3, 2008.

THIS COURT SHOULD GRANT LEAVE FREELY TO AMEND THIS COMPLAINT.
AS IT INVOLVES NO EXPENSE TO THE COURT. FORMAN VS. DAVIS, 371 U.S.
178, 182 (1962)

RESPECTFULLY SUBMITTED,

DATE: MARCH 16, 2008

_Ronald E. Taylor_

RONALD E. TAYLOR. #H 14636
IN PRO PER