RONALD E. TAYLOR #H-14836
2-N-20-L, S.Q.S.P.
SAN QUENTIN, CALIFORNIA
94974

    IN PRO PER

FILED

08 MAR 19 AM 10:10

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-00647 MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD E. TAYLOR,
    PLAINTIFF,

VS.

ROBERT L. AYERS JR., et al.,
    DEFENDANTS.

CASE NUMBER:

MOTION FOR APPOINTMENT
OF COUNSEL

PURSUANT TO 28 U.S.C. § 1915(e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2. PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW. EVEN WITH ACCESS TO THE LAW LIBRARY, SAN QUENTIN'S LAW LIBRARY BOOKS ARE INADEQUATE AND OUTDATED FOR THE MOST PART. ALSO, PLAINTIFF'S WORK AND PROGRAM SCHEDULE ARE SUCH THAT PLAINTIFF CAN ONLY ATTEND THE LAW LIBRARY APPROXIMATELY 2 TO 4 HOURS A WEEK.

3. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS-EXAMINE WITNESSES.

    WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT APPOINT A MEMBER OF THE CALIFORNIA STATE BAR, AS COUNSEL IN THIS CASE.

    RESPECTFULLY SUBMITTED,

DATE: MARCH 16, 2008

*Ronald E. Taylor*
RONALD E. TAYLOR, #H-14836
2-N-20-L, S.Q.S.P.
SAN QUENTIN, CALIFORNIA
94974    IN PRO PER

/
/
/
/
/
/
/
/
/
/
/
/
/

(2)