08-647mmC

AUGUST 5, 2008

DEAR COURT CLERK;

ATTACHED, IS A COPY OF THE FACE SHEET TO MY COMPLAINT, WHICH, AS YOU CAN SEE, WAS FILED IN MARCH 08'.

IT IS A KNOWN FACT, THAT THERE ARE TIMES WHEN THE SAN QUENTIN ADMINISTRATION WILL MAKE THINGS DISAPPEAR, WHEN THEY DEEM THEM DETRIMENTAL TO THEIR GESTAPO-TYPE REGIME. THEREFORE, I AM REQUESTING A DOCKET SHEET OR SOMETHING TO HELP ME UNDERSTAND WHY I HAVE YET TO RECEIVE A SCHEDULING ORDER OR ANY OTHER PAPERWORK REGARDING MY CLAIM.

I HAVE ENCLOSED A SELF-ADDRESSED STAMPED ENVELOPE FOR YOUR CONVENIENCE. PLEASE, AT LEAST ACKNOWLEDGE RECEIPT OF THIS CORRESPONDENCE.

THANK YOU, IN ADVANCE, FOR YOUR TIME AND CONSIDERATION.

SINCERELY AND RESPECTFULLY,

*Ronald E. Taylor*

RONALD E. TAYLOR, #H-14836
IN PRO PER

FILED

08 AUG -8 PM 12:45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 19 AM 10: 10

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983
                                                      CLERK, U.S. DISTRICT COURT
2                                                     NORTHERN DISTRICT OF CALIFORNIA

3    Name ___TAILOR,___RONALD___L._____

4         (Last)         (First)        (Initial)

5    Prisoner Number ___K-14538_____

6    Institutional Address _1 MAIN STREET, S.Q.S.P._____

7    _____SAN QUENTIN, CALIFORNIA  94974_____

8    ═══════════════════════════════════════════════

9              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

10   RONALD EVANS TAILOR                    )
11   _____       )
     (Enter the full name of plaintiff in this action.)  )
12                   vs.                     )    Case No. _08-0647 MMC_
                                             )    (To be provided by the clerk of court)
13   ROBERT L. AYERS JR., et al.            )
14   _____       )    COMPLAINT UNDER THE
                                             )    CIVIL RIGHTS ACT,
15   _____       )    42 U.S.C §§ 1983
                                             )
16   _____       )    **FIRST   AMENDED**
                                             )
17   (Enter the full name of the defendant(s) in this action))  )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement __SAN QUENTIN STATE PRISON__

23         B.    Is there a grievance procedure in this institution?

24                     YES (X)     NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                     YES(X)     NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

     COMPLAINT                    - 1 -

3rd pieces
of Mail - ?
Money ?antees
J-Pay





RECEIVED

AUG — 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

