IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EVANS TAYLOR,

        Plaintiff,

  v.

ROBERT L. AYERS, JR., et al.,

        Defendants.
                                    /

No. CV-08-0647 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice to plaintiff's refiling the complaint in a new case in which plaintiff pays the filing fee.

Dated: December 12, 2008                          Richard W. Wieking, Clerk

                                                                      By: <u>Tracy Lucero</u>
                                                                        <u>Deputy Clerk</u>